**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**ORDER OF THE EXECUTIVE COMMITTEE**

IT APPEARING THAT case number 23cv1892 was electronically opened in error, therefore

IT IS HEREBY ORDERED that the assignment of 23cv1892 shall be vacated and that case number 23cv1892 shall not be used for any other proceeding.

ENTER:

FOR THE EXECUTIVE COMMITTEE

*Rebecca R. Pallmeyer*
Chief Judge Rebecca R. Pallmeyer

Dated at Chicago, Illinois this 5th day of April 2023.